NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Nelson A. Mancia
9354 Otto St.
Downey, CA 90240

FILED
2024 APR 11 PM 3:04
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY EEE

ATTORNEY(S) FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Redwood Holding LLC
Plaintiff(s),
v.
Nelson A. Mancia
Defendant(s)

CASE NUMBER: 2:24-CV-02946-GW-BFMx

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
|  |  |

04/11/2024
Date

Signature: Nelson A. Mancia

Attorney of record for (or name of party appearing in pro per):

Nelson A. Mancia

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES